# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>                    Plaintiff,<br><br>       v.<br><br>GODINA, et al.,<br><br>                    Defendants. | 1:12-cv-01094-LJO-BAM (PC)<br><br>APPEAL NO. 15-17425<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(ECF No. 57) |

   Plaintiff Susan Mae Polk ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2015, judgment was entered dismissing this action with prejudice for failure to state a claim. (ECF Nos. 48, 49.) Plaintiff appealed.

   On December 11, 2015, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

   Dated:   **December 16, 2015**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

1